IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCHILEW JEMBER, FEREDE NEGASH, LEILTI MESFIN, AND LUNCH BOX RESTAURANT,<br><br>    Plaintiffs,<br><br>  v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION F.A., WORLD LENDING GROUP, BANK OF THE WEST, SHUMEY MAMO, HAYWARD R. COOK, JR., JENNIFER LARGET, MIGUEL MONERO, EDWARD GUNTHER, AND BARBARA BRANN,<br><br>    Defendants.<br>                                  / | No. C 05-00825 WHA<br><br>**ORDER TO SHOW CAUSE** |

    The above-captioned action was originally filed in Alameda County Superior Court, but removed to the United States District Court for the Northern District of California due to federal questions raised in the complaint. Because one or more parties declined to proceed before Magistrate Judge Elizabeth Laporte, this action was recently transferred to the undersigned.

    Civil Local Rule 3–2(e) provides that all civil actions which arise in Santa Clara County shall be assigned to the San Jose Division of the Northern District of California. "Whenever a Judge finds, upon the Judge's own motion or the motion of any party, that a civil action has not been assigned to the proper division within this district in accordance with this rule, or that the convenience of parties and witnesses and the interests of justice will be served by transferring

the action to a different division within the district, the Judge may order such transfer, subject to the provisions of the Court's Assignment Plan." Civil L. R. 3–2(f).

A preliminary assessment of the complaint reveals that plaintiffs, who are pro se, all reside in Santa Clara, California (Compl. ¶ 1). In addition, the property they were seeking to refinance is located in San Jose, California (*id.* ¶ 7). Defendants (*i.e.*, the banks and various bank employees involved in the refinancing) are apparently also located in San Jose.

The parties are hereby **ORDERED TO SHOW CAUSE** why this action should not be transferred to the San Jose Division of this Court. Any objections to the transfer must be filed by **JUNE 3, 2005**.

**IT IS SO ORDERED.**

Dated: May 23, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2