IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCHILEW JEMBER, FEREDE NEGASH, LEILTI MESFIN, AND LUNCH BOX RESTAURANT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION F.A., WORLD LENDING GROUP, BANK OF THE WEST, SHUMEY MAMO, HAYWARD R. COOK, JR., JENNIFER LARGET, MIGUEL MONERO, EDWARD GUNTHER, AND BARBARA BRANN,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 05-00825 WHA<br><br>**ORDER RE OPPOSITION BRIEF** |

　　The Court has received defendant World Lending Group's notice that it has not yet received an opposition brief to its motion to dismiss. Pursuant to Civil Local Rule 7–3(a), any opposition to a motion must be served and filed not less than 21 days before the hearing date. As defendant's motion was noticed to be heard on October 20, 2005, any opposition is due on September 29, 2005, *not* September 26, 2005. As such, the opposition brief is not yet untimely.

　　**IT IS SO ORDERED.**

Dated: September 29, 2005

　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE