IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCHILEW JEMBER, FEREDE NEGASH, LEILTI MESFIN, AND LUNCH BOX RESTAURANT<br><br>Plaintiffs,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION F.A., WORLD LENDING GROUP, BANK OF THE WEST, SHUMEY MAMO, HAYWARD R. COOK, JR., JENNIFER LARGET, MIGUEL MONERO, EDWARD GUNTHER, AND BARBARA BRANN,<br><br>Defendants. | No. C 05-00825 WHA<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS** |

There are three pending motions to dismiss currently scheduled to be heard on October 20, 2005. Plaintiffs' opposition briefs were due by September 29, 2005, but not filed, (*i.e.*, received by the Clerk), until October 3, 2005. Defendant World Lending Group now argues that it does not have sufficient time to prepare its reply, so plaintiffs' opposition briefs should be disregarded as untimely. To solve this problem, the hearing is continued to **NOVEMBER 10, 2005 AT 2:00 P.M.** This means that plaintiffs' opposition briefs shall be accepted as filed and defendants' reply briefs are due on or before **OCTOBER 27, 2005**.

**IT IS SO ORDERED.**

Dated: October 5, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE